JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. ROSS, JR., aka DAVID KELVIN ROSS, JR., <br><br>　　　　Petitioner <br><br>vs. <br><br>T. FELKER, Warden, <br><br>　　　　Respondent. | ) Case No. CV 07-0390-MMM(RC) <br> ) <br> ) <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

　　Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

　　IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: October 30, 2009　　　　　/s/ Margaret M. Morrow

　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&Rs\07-0390.jud
7/8/09